IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA       §
                               §
v.                             §       CASE NO:  3:08-CR-317-L
                               §
STEVE RICHARDSON               §

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
<u>CONCERNING PLEA OF GUILTY</u>**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea

of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning Plea of

Guilty of the United States Magistrate Judge ("Report"), and no objections thereto having been filed

within ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge

determines  that the Report of the Magistrate Judge concerning the Plea of Guilty should be accepted.

Based upon the Report of the Magistrate Judge, the court finds that the defendant is fully competent

and capable of entering an informed plea, that he is aware of the nature of the charge and the

consequences of the plea, and that his plea of guilty is a knowing and voluntary plea, supported by

an independent basis in fact, containing each of the essential elements of the offense.  Accordingly,

the court **accepts** the plea of guilty entered by Defendant Steve Richardson on March 19, 2009, and

he is hereby adjudged **guilty** of the offenses charged in count one of the Indictment, which is a

violation of 18 U.S.C. § 2252A(a)(1), namely, Transporting and Shipping Child Pornography, and

count four of the Indictment which is a violation of 18 U.S.C. §2252A(a)(5)(B), namely, Possession

of Child Pornography.  Sentence will be imposed in accordance with the court's scheduling order.

**It is so ordered** this 8th day of April, 2009.

Sam A. Lindsay
United States District Judge